JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE HELMAN GROUP, LTD., a California Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LNT MERCHANDISING COMPANY, LLC, a Delaware Corporation; and MSA PRODUCTS, INC., a New York Corporation,<br><br>_____ | Case No.: CV07-0394 CAS (CWx)<br><br>[PROPOSED] ORDER RE: STIPULATION OF THE PARTIES TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE |

Pursuant to the Stipulation of the Parties to Dismiss the Action in its Entirety with Prejudice, and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby dismisses the Complaint and the action in its entirety with prejudice, each party to bear its own fees and costs, with the Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement, if necessary.

**IT IS SO ORDERED.**

Date:  February 8, 2008

_____
CHRISTINA A. SNYDER
United States District Judge